**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 20, 2017.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-16-00943-CV

---

### JOHN DUNN AND MILBY DUNN, II, Appellants

### V.

### FARMASSURE LLC, Appellee

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2016-23040**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed October 31, 2016. On July 14, 2017, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Donovan, and Jewell.